# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–23499
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Janet Dorothea Ziblis
  aka Janet Quinn Ziblis, aka Janet
  Ziblis, ...
  30W021 Danbury Drive
  Warrenville, IL 60555

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6840

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

  It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

  If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

                                      FOR THE COURT

Dated: <u>February 18, 2015</u>              <u>Jeffrey P. Allsteadt, Clerk</u>
                                      United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Janet Dorothea Ziblis  
    Debtor

Case No. 14-23499-DRC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ahamilton     Page 1 of 1     Date Rcvd: Feb 18, 2015  
                       Form ID: b18w       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2015.
```
db             +Janet Dorothea Ziblis,    30W021 Danbury Drive,    Warrenville, IL 60555-1408
22088325       +Dupage Credit Union,    790 Royal Saint George,    Naperville, IL 60563-1499
22088326        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22088327       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22442979        Greentree Servicing, LLC,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
22088331       +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
22099963        Nissan Motor Acceptance Corp,    PO Box 660366,    Dallas TX 75266-0366
22088333       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22399161       +E-mail/Text: dcubk@dupagecu.com Feb 19 2015 01:55:15     DuPage Credit Union,    PO Box 3930,
                 Naperville, IL 60567-3930
22088329        EDI: RMSC.COM Feb 19 2015 01:43:00     GreenTree Servicing,    332 Minnesota Street, Suite 610,
                 Saint Paul, MN 55101
22088328        E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 19 2015 01:54:54     Green Tree,
                 345 St. Peter Street,    Saint Paul, MN 55102
22088330        E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 19 2015 01:54:54     GreenTree Servicing, LLC,
                 345 St. Peter Street,    Saint Paul, MN 55102
22390317        E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 19 2015 01:54:54     Greentree Servicing, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22088332*      +Nissan Motor Acceptance *,    Po Box 660360,    Dallas, TX 75266-0360
                                                                                  TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2015 at the address(es) listed below:
```
              Glenn B Stearns    mcguckin_m@lisle13.com
              Keith  Levy     on behalf of Creditor    GreenTree Servicing LLC amps@manleydeas.com
              Nathan C Volheim     on behalf of Debtor Janet Dorothea Ziblis courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4
```